

FILED

04/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0175

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0175

T.M.B., by and through DARCY SAUNDERS,
CAPITAL CITY CASE MANAGEMENT,
Guardian and Conservator,

        Petitioner,

v.

FIRST JUDICIAL DISTRICT COURT, LEWIS
AND CLARK COUNTY, HON. MICHAEL
MENAHAN, Presiding,

        Respondent.

FILED

APR 1 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner T.M.B., by and through Darcy Saunders, Capital City Case Management, Guardian Conservator, and via counsel, seeks a writ of supervisory control to reverse the February 16, 2022 Order – Motion for Summary Judgment of the First Judicial District Court, Lewis and Clark County, in its Cause No. ADV-2020-1599.

We have amended the caption to reflect the proper parties in this original proceeding. M. R. App. P. 14. Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that West Mont and the State of Montana, defendants in the matter below, and the First Judicial District Court, are each granted twenty days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the First Judicial District Court, Lewis and Clark County, Cause No. ADV-2020-1599, and the Honorable Michael Menahan, presiding.

DATED this 14th day of April, 2022.

For the Court,

By _____
                Justice